denied. Petitioner is allowed until November 22, 2010, within which to pay the docketing fees required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

**No. 10-6083. Patricia Mills, Petitioner v. Wayne County Board of Education.**

562 U.S. 1000, 131 S. Ct. 552, 178 L. Ed. 2d 368, 2010 U.S. LEXIS 8477.

November 1, 2010. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until November 22, 2010, within which to pay the docketing fees required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

**No. 10-6532. Sherry V. Shaw, Petitioner v. John E. Potter, Postmaster General.**

562 U.S. 1001, 131 S. Ct. 552, 178 L. Ed. 2d 368, 2010 U.S. LEXIS 8632.

November 1, 2010. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until November 22, 2010, within which to pay the docketing fees required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

**No. 10-6618. John-Pierre Baney, Petitioner v. Merit Systems Protection Board.**

562 U.S. 1001, 131 S. Ct. 552, 178 L. Ed. 2d 368, 2010 U.S. LEXIS 8513,

November 1, 2010. Motion of petitioner for leave to proceed in forma pauperis

denied. Petitioner is allowed until November 22, 2010, within which to pay the docketing fees required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

**No. 09-1159. Board of Trustees of the Leland Stanford Junior University, Petitioner v. Roche Molecular Systems, Inc., et al.**

562 U.S. 1001, 131 S. Ct. 502, 178 L. Ed. 2d 368, 2010 U.S. LEXIS 8553.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit granted.

Same case below, 583 F.3d 832.

**No. 09-11121. J.D.B., Petitioner v. North Carolina.**

562 U.S. 1001, 131 S. Ct. 502, 178 L. Ed. 2d 368, 2010 U.S. LEXIS 8528.

November 1, 2010. Motion of Juvenile Law Center, et al. for leave to file a brief as amici curiae granted. Motion of petitioner for leave to proceed in forma pauperis granted. Petition for writ of certiorari to the Supreme Court of North Carolina granted.

Same case below, 363 N.C. 664, 686 S.E.2d 135.

**No. 09-11328. Willie Gene Davis, Petitioner v. United States.**

562 U.S. 1002, 131 S. Ct. 502, 178 L. Ed. 2d 368, 2010 U.S. LEXIS 8511.

November 1, 2010. Motion of petitioner for leave to proceed in forma pauperis